UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN

CHRISTINE M. TESCH,                         :
                                            :
    Plaintiff                               :
v.                                          :    Case No. 5:16-CV-14193
                                            :    Hon. Judith E. Levy
LEIKIN, INGBER & WINTERS, P.C.,

    Defendant(s).
_____/

## STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE

    NOW COMES THE Plaintiff, Christine M. Tesch, and Defendant Leikin, Ingber & Winters, P.C., by and through their respective counsel, and hereby states the following:

    THEREFORE, parties agree through their counsel of record pursuant to Federal Rules of Civil Procedure 41(a)(1) to dismiss the above-captioned matter with prejudice, with no costs to be assessed to either party.

    The Court hereafter will retain jurisdiction over enforcement of the Settlement Agreement executed between the parties.

    The dismissal completely terminates the above-entitled action against the Defendants.

RESPECTFULLY AND JOINTLY SUBMITTED,

Date:  January 17, 2017

| | |
|---|---|
| s/ Nicholas A. Reyna | /s/  Brian P. Parker |
| Nicholas A. Reyna (P68328) | Brian P. Parker (P48617) |
| Attorney for Plaintiff | Attorney for Plaintiff |
| 528 Bridge St., Ste. 1A | 2000 Town Ctr., Ste. 1900 |
| Grand Rapids, MI 49504 | Southfield, MI 48075 |
| (616) 235-4444 | (248) 342-9583 |
| Nickreyna7@hotmail.com | brianparker@collectionstopper.com |
| | |
| | /s/ Charity A. Olson |
| | Charity A. Olson (P68295) |
| | Attorney for Defendant |
| | 2723 S. State. St., Ste. 150 |
| | Ann Arbor, MI 48104 |
| | (734) 222-5179 |
| | colson@olsonlawpc.com |